# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 4, 2013

### NO. 03-11-00335-CV

**John H. Thomas, M.D., Appellant**

**v.**

**Graham Mortgage Corporation and Chris Norris, Substitute Trustee, Appellee**

**APPEAL FROM 33RD DISTRICT COURT OF BURNET COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD
AFFIRMED IN PART, REVERSED AND REMANDED IN PART—
OPINION BY JUSTICE FIELD**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's judgment **EXCEPT** for the portions of the trial court's judgment with respect to the Bank's claims for a deficiency judgment and for attorney's fees: **IT IS THEREFORE** considered, adjudged and ordered that the portions of the trial court's judgment with respect to the Bank's claims for a deficiency judgment and for attorney's fees are reversed, and the cause is remanded for further proceedings. However, we affirm the remainder of the trial court's summary judgment. It is **FURTHER** ordered that each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below; and that this decision be certified below for observance.